JEAN PIERRE NOGUES (SBN 84445), JPN@MSK.COM
AMR SHABAIK (SBN 288109), AAS@MSK.COM
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

E-FILED 8/7/15

Attorneys for Defendant
Motion Picture Industry Pension and Health Plan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJIV GOEL, M.D., INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTION PICTURE INDUSTRY PENSION AND HEALTH PLAN, a California corporation, and DOES 1 through 10, inclusive,<br><br>    Defendant. | CASE NO. CV14-02056 PSG (CWx)<br>Honorable Philip S. Gutierrez<br><br>**~~PROPOSED~~ JUDGMENT**<br><br>Trial:  August 11, 2015 |

Having reviewed and considered the record in this matter and the briefs, arguments and submissions of the parties, on July 30, 2015, the Court made certain findings of fact and conclusions of law as reflected in its Minute Order of that same date (Doc. 53).

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED, that:

1.   Plaintiff recover nothing on its complaint;

2.   Judgment is entered in favor of Defendant on all counts of the Complaint;

1    3.   Defendant shall recover its costs of suit herein; and

2    4.   Defendant shall file its application to tax costs and any motion for
attorney's fees within 14 days of the entry of this judgment.

Dated:  August _7_, 2015

**PHILIP S. GUTIERREZ**

The Honorable Phillip S. Gutierrez
United States District Judge

DATED:  August 6, 2015        Respectfully submitted,

JEAN PIERRE NOGUES
AMR SHABAIK
MITCHELL SILBERBERG & KNUPP LLP


By:_____/s/ Jean Pierre Nogues_____
Jean Pierre Nogues
Attorneys for Defendant
Motion Picture Industry Pension and
Health Plan